Florida District Courts of Appeal Online Docket

Florida Third District Court of Appeal Docket

Case Docket

Case Number: 3D15-474

Final Criminal Habeas Corpus Notice from Dade County

ARNOLD ANCRUM, vs. THE STATE OF FLORIDA,

Lower Tribunal Case(s):90-354

4/2/2020 8:26:17 AM

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 03/02/2015 | Notice of Appeal Filed | Arnold Ancrum | Prior cases: 03-980, 96-2597, 95-2164, 92-1597 |
| 03/02/2015 | Acknowledgment Letter | | Acknowledgement of new case with attachments. |
| 03/24/2015 | Record on Appeal | | 1 VOLUME. |
| 05/21/2015 | File Status Report (OR03) | | Upon the Court's own motion, it is ordered that the above referenced appeals are hereby consolidated for all appellate purposes under case no. 3D15-475. The Office of the Public Defender is ordered to file a status report in this cause within twenty (20) days from the date of this order. |
| 06/16/2015 | Status Report | | |
| 06/23/2015 | Public Defender appointed as counsel (OR25) | | The Office of the Public Defender is hereby appointed to represent appellant in this cause. |
| 08/05/2015 | Court Reporter Extension Granted (OG16) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including September 5, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order. |
| 09/09/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 09/10/2015 | Court Reporter Extension Granted (OG16) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including October 9, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order. |
| 10/09/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 10/14/2015 | Court Reporter Extension Granted (OG16) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including November 9, 2015. The |

Florida District Courts of Appeal Online Docket

| | | | |
|---|---|---|---|
| | | | court reporting firm shall promptly notify the court reporter(s) of this order. |
| 11/12/2015 | Court Reporter Ext. Granted/Ordered (OG16C) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including December 9, 2015, with no further extensions allowed. Court reporter, Isabel Gaulion, and Downtown Reporting are ordered to file the transcribed notes no later than December 9, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order, including the fact that no further extensions will be allowed. |
| 01/06/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 03/09/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 03/15/2016 | Petition Granted (OG29) | | The petition for belated appeal of the sentencing order dated November 24, 2014 is granted. |
| 05/11/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 05/16/2016 | Ext-gr initial brief no further extensions (OG03B) | | Appellant¿s agreed notice of extension of time to file the initial brief is treated as a motion for an extension of time to file the initial brief, and the motion is granted to and including July 8, 2016, with no further extensions allowed. If said brief is not timely filed in accordance with this order, the appeal will be subject to dismissal. |
| 06/27/2016 | Motion To Relinquish Jurisdiction | Jonathan Greenberg 98514 | |
| 06/29/2016 | Order Response: Motion (OR23) | | Appellee is ordered to file a response within ten (10) days of the date of this order to the appellant¿s motion to relinquish jurisdiciton. |
| 06/30/2016 | RESPONSE | Keri T. Joseph 84373 | |
| 06/30/2016 | Reply | | |
| 07/05/2016 | Relinquishment denied (OD49) | | Upon consideration, appellant¿s motion to relinquish jurisdiction is hereby denied. |
| 07/06/2016 | Notice | Jonathan Greenberg 98514 | of pending motion to correct sentencing error |
| 07/07/2016 | Miscellaneous Motion | Jonathan Greenberg 98514 | MOTION FOR RELIEF FROM COURT'S ORDER |
| 07/12/2016 | Miscellaneous Motion Granted (OG999) | | Appellant¿s motion for relief from the Court¿s order is granted, and the appellant is relieved from the Court¿s May 16, 2016 no further extensions order. The initial brief is due after the ruling on Rule 3.800(b)(2) motion in the trial court. |
| 07/15/2016 | Status Report | | |
| 08/03/2016 | Motion To Withdraw as Counsel | Jonathan Greenberg 98514 | |
| 08/03/2016 | Memorandum Brief | Jonathan Greenberg | |

| | | | |
|---|---|---|---|
| | | 98514 | |
| 08/05/2016 | Withhold Ruling on PD Withdrawal (OR46) | | On consideration of the motion filed herein by the Assistant Public Defender for an order permitting withdrawal as counsel for appellant, representing that in counsel¿s considered opinion the appeal is without merit and frivolous, this Court, following preliminary examination of the record and memorandum brief filed by the Assistant Public Defender, and proceeding in the manner outlined in Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L. Ed. 2d 493 (1967), withholds ruling on the motion to withdraw and hereby orders appointed counsel to furnish promptly the following documents to appellant: 1. This order. 2. A copy of the complete record on appeal, including transcripts. 3. The memorandum brief, if that has not already been done. 4. A copy of the motion to withdraw, if that has not already been done. The indigent appellant is allowed thirty (30) days from the date of this order within which to file herein a statement of any points appellant chooses to submit as grounds in support of the appeal, following which time further consideration will be given the cause by this Court. |
| 09/06/2016 | Motion for Extension of Time | Arnold Ancrum | to file statement of points |
| 09/12/2016 | Extension granted (Statement of Points) (OG01B) | | Appellant's motion for extension of time to file a pro se statement of points is granted to and including thirty (30) days from the date of this order. |
| 10/28/2016 | Miscellaneous Docket Entry | | Supplemental points for review to be included in his original filed pleading Oct 7, 2016 |
| 11/09/2016 | Affirmed - Per Curiam Affirmed | | |
| 11/09/2016 | PD Withdrawal Gr/statement of points filed (OG44C) | | This Court, proceeding in the manner outlined and recommended by the Supreme Court of the United States in Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), having deferred ruling on a motion of the Assistant Public Defender to withdraw as counsel for indigent defendant-appellant, and having furnished appellant with a copy of the Assistant Public Defender's memorandum brief, and having allowed appellant a reasonable specified time within which to raise any points that appellant chose in support of this appeal, and appellant having filed a response thereto, on consideration thereof upon full examination of the proceedings we conclude that the appeal is wholly frivolous. Whereupon, the Assistant Public Defender's said motion to withdraw is granted. |
| 11/23/2016 | Motion for Rehearing / Rehearing En Banc | Arnold Ancrum | |
| 12/09/2016 | Rehearing & Rehearing en banc | | Upon consideration, appellant¿s pro se motion for rehearing is hereby denied. SUAREZ, C.J., and |

| | | | |
|---|---|---|---|
| | denied (OD57A) | | LAGOA and SALTER, JJ., concur. Appellant¿s pro se motion for rehearing en banc is denied. |
| 12/27/2016 | Mandate | | |
| 12/27/2016 | West Publishing | | |

Florida District Courts of Appeal Online Docket

Florida Third District Court of Appeal Docket

Case Docket

Case Number: 3D15-475

Final Criminal Habeas Corpus Notice from Dade County

ARNOLD ANCRUM, vs. THE STATE OF FLORIDA,

Lower Tribunal Case(s):90-354

4/2/2020 8:38:41 AM

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 03/02/2015 | Notice of Appeal Filed | Arnold Ancrum | Prior cases: 15-474, 03-980, 96-2597, 95-2164, 92-1597 |
| 03/02/2015 | Acknowledgment Letter | | Acknowledgment of new case with attachments. |
| 03/23/2015 | Record on Appeal | | 1 VOLUME. |
| 04/16/2015 | Miscellaneous Docket Entry | | judicial notice |
| 05/12/2015 | AA to file initial brief w/in 20 days (OR21C) | | Pursuant to the time schedule provided in the Florida Rules of Appellate Procedure, the time for filing the initial brief has expired. This cause will be subject to dismissal unless the document referred to is filed within twenty (20) days from the date of this order, or within said time the court is otherwise notified that this matter is being diligently prosecuted. |
| 05/19/2015 | Miscellaneous Motion | Arnold Ancrum | motion to take judicial notice |
| 05/21/2015 | File Status Report (OR03) | | Upon the Court's own motion, it is ordered that the above referenced appeals are hereby consolidated for all appellate purposes under case no. 3D15-475. The Office of the Public Defender is ordered to file a status report in this cause within twenty (20) days from the date of this order. |
| 06/16/2015 | Status Report | | |
| 06/23/2015 | Public Defender appointed as counsel (OR25) | | The Office of the Public Defender is hereby appointed to represent appellant in this cause. |
| 06/24/2015 | Notice of Appearance | Jonathan Greenberg 98514 | |
| 07/02/2015 | Status Report | | |
| 08/03/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 08/05/2015 | Court Reporter Extension Granted | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is |

Florida District Courts of Appeal Online Docket

| | (OG16) | | extended to and including September 5, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order. |
|---|---|---|---|
| 09/09/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 09/10/2015 | Court Reporter Extension Granted (OG16) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including October 9, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order. |
| 10/09/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 10/14/2015 | Court Reporter Extension Granted (OG16) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including November 9, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order. |
| 11/07/2015 | Mot for Extension of Time to File Ct. Rpter Note | Downtown Reporting | |
| 11/12/2015 | Court Reporter Ext. Granted/Ordered (OG16C) | | Upon request of the court reporting firm, it is ordered that the time for filing the transcribed notes is extended to and including December 9, 2015, with no further extensions allowed. Court reporter, Isabel Gaulion, and Downtown Reporting are ordered to file the transcribed notes no later than December 9, 2015. The court reporting firm shall promptly notify the court reporter(s) of this order, including the fact that no further extensions will be allowed. |
| 12/10/2015 | Supplemental Records | | SUPPLEMENTAL. |
| 01/06/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 01/07/2016 | Recognizing Agreed Extension of Time | | IB-60 days to 3/9/16 |
| 02/26/2016 | Petition for Belated Appeal | Jonathan Greenberg 98514 | |
| 03/09/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 03/15/2016 | Recognizing Agreed Extension of Time | | IB-60 days to 5/8/16 |
| 03/15/2016 | Petition Granted (OG29) | | The petition for belated appeal of the sentencing order dated November 24, 2014 is granted. |
| 05/11/2016 | Notice of Agreed Extension of Time | Jonathan Greenberg 98514 | |
| 05/16/2016 | Ext-gr initial brief no further extensions (OG03B) | | Appellant¿s agreed notice of extension of time to file the initial brief is treated as a motion for an extension of time to file the initial brief, and the motion is granted to and including July 8, 2016, with no further |

Florida District Courts of Appeal Online Docket

| | | | |
|---|---|---|---|
| | | | extensions allowed. If said brief is not timely filed in accordance with this order, the appeal will be subject to dismissal. |
| 06/27/2016 | Motion To Relinquish Jurisdiction | Jonathan Greenberg 98514 | |
| 06/29/2016 | Order Response: Motion (OR23) | | Appellee is ordered to file a response within ten (10) days of the date of this order to the appellant¿s motion to relinquish jurisdiciton. |
| 06/30/2016 | RESPONSE | Keri T. Joseph 84373 | TO MOTION TO RELINQUISH JURISDICTION |
| 06/30/2016 | Reply | | IN SUPPORT OF MOTION TO RELINQUISH JURISDICTION |
| 07/05/2016 | Relinquishment denied (OD49) | | Upon consideration, appellant¿s motion to relinquish jurisdiction is hereby denied. |
| 07/06/2016 | Notice | Jonathan Greenberg 98514 | OF PENDING MOTION TO CORRECT SENTENCING ERROR |
| 07/07/2016 | Miscellaneous Motion | Jonathan Greenberg 98514 | MOTION FOR RELIEF FROM COURT ORDER |
| 07/12/2016 | Miscellaneous Motion Granted (OG999) | | Appellant¿s motion for relief from the Court¿s order is granted, and the appellant is relieved from the Court¿s May 16, 2016 no further extensions order. The initial brief is due after the ruling on Rule 3.800(b)(2) motion in the trial court. |
| 07/15/2016 | Status Report | | |
| 08/03/2016 | Motion To Withdraw as Counsel | Jonathan Greenberg 98514 | |
| 08/03/2016 | Memorandum Brief | Jonathan Greenberg 98514 | |
| 08/05/2016 | Withhold Ruling on PD Withdrawal (OR46) | | On consideration of the motion filed herein by the Assistant Public Defender for an order permitting withdrawal as counsel for appellant, representing that in counsel¿s considered opinion the appeal is without merit and frivolous, this Court, following preliminary examination of the record and memorandum brief filed by the Assistant Public Defender, and proceeding in the manner outlined in Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L. Ed. 2d 493 (1967), withholds ruling on the motion to withdraw and hereby orders appointed counsel to furnish promptly the following documents to appellant: 1. This order. 2. A copy of the complete record on appeal, including transcripts. 3. The memorandum brief, if that has not already been done. 4. A copy of the motion to withdraw, if that has not already been done. The indigent appellant is allowed thirty (30) days from the date of this order within which to file herein a statement of any points appellant chooses to submit as grounds in support of the appeal, following which time further consideration will be given the cause by this Court. |

Florida District Courts of Appeal Online Docket

| | | | |
|---|---|---|---|
| 09/06/2016 | Motion for Extension of Time | Arnold Ancrum | to file statements of points |
| 09/12/2016 | Extension granted (Statement of Points) (OG01B) | | Appellant's motion for extension of time to file a pro se statement of points is granted to and including thirty (30) days from the date of this order. |
| 10/13/2016 | RESPONSE | Arnold Ancrum | pro se statement of points |
| 10/13/2016 | Appendix | Arnold Ancrum | exhibits |
| 10/28/2016 | Miscellaneous Docket Entry | | Supplemental points for review to be included in his original pleading on Oct 7, 2016 |
| 11/09/2016 | Affirmed - Per Curiam Affirmed | | |
| 11/09/2016 | PD Withdrawal Gr/statement of points filed (OG44C) | | This Court, proceeding in the manner outlined and recommended by the Supreme Court of the United States in Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), having deferred ruling on a motion of the Assistant Public Defender to withdraw as counsel for indigent defendant-appellant, and having furnished appellant with a copy of the Assistant Public Defender's memorandum brief, and having allowed appellant a reasonable specified time within which to raise any points that appellant chose in support of this appeal, and appellant having filed a response thereto, on consideration thereof upon full examination of the proceedings we conclude that the appeal is wholly frivolous. Whereupon, the Assistant Public Defender's said motion to withdraw is granted. |
| 11/23/2016 | Motion for Rehearing / Rehearing En Banc | Arnold Ancrum | |
| 12/09/2016 | Rehearing & Rehearing en banc denied (OD57A) | | Upon consideration, appellant¿s pro se motion for rehearing is hereby denied. SUAREZ, C.J., and LAGOA and SALTER, JJ., concur. Appellant¿s pro se motion for rehearing en banc is denied. |
| 12/27/2016 | Mandate | | |
| 12/27/2016 | West Publishing | | |

**A** Neutral
As of: April 2, 2020 12:35 PM Z

# *Ancrum v. State*

Court of Appeal of Florida, Third District

November 9, 2016, Opinion Filed

Nos. 3D15-475 & 3D15-474

**Reporter**
2016 Fla. App. LEXIS 16659 *; 208 So. 3d 712; 2016 WL 6637955

Arnold *Ancrum*, Appellant, vs. The State of *Florida*, Appellee.

**Notice:** DECISION WITHOUT PUBLISHED OPINION

**Subsequent History:** Decision reached on appeal by *Ancrum* v. State, 2017 Fla. App. LEXIS 9969 (Fla. Dist. Ct. App. 3d Dist., July 12, 2017)

**Prior History:** Appeals conducted pursuant to *Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967)* [*1] , from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge. Lower Tribunal No. 90-354B.

**Counsel:** Arnold *Ancrum*, in proper person.

Pamela Jo Bondi, Attorney General, and Keri T. Joseph, Assistant Attorney General, for appellee.

**Judges:** Before SUAREZ, C.J., and LAGOA and SALTER, JJ.

PER CURIAM.

Affirmed.

---

End of Document

# Opinion